JONATHAN K. LEVINE (SBN: 220289)
ELIZABETH C. PRITZKER (SBN: 146267)
SHIHO YAMAMOTO (SBN: 264741)
**PRITZKER LEVINE LLP**
180 Grand Avenue, Suite 1390
Oakland, California 94612
Telephone: (415) 692-0772
Facsimile: (415) 366-6110
Email: jkl@pritzkerlevine.com;
ecp@pritzkerlevine.com;
sy@pritzkerlevine.com

*Counsel for Plaintiff Sterling
International Consulting Group*

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STERLING INTERNATIONAL CONSULTING GROUP, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LENOVO (UNITED STATES) INC., LENOVO GROUP LIMITED, and SUPERFISH INC.,<br><br>Defendants.<br><br>CAPTION CONTINUED ON THE NEXT PAGE | Case No. 5:15-cv-00807-RMW<br><br>**STIPULATION AND<br>[] ORDER** |

| | |
|---|---|
| This document also relates to: | Case No. 5:15-cv-00964-RMW |
| CHRISTOPHER HALL, MATTHEW KELSO, MICHAEL MORICI, JAYNE COSTANZO, RYAN BAUMGARTNER, LAURA BURNS, THOMAS CARNEY, BEATRIZ DAVIS, DENNIS HASTY, WENDY DURAN and GABE DURAN, individually, and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | |
| LENOVO (UNITED STATES), INC., LENOVO GROUP LIMITED and SUPERFISH, INC., | |
| Defendants. | |
| This document also relates to: | Case No. 5:15-cv-01044-RMW |
| RHONDA ESTRELLA, SONIA FEREZAN, JOHN WHITTLE, and ALAN WOYT on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| LENOVO (UNITED STATES), INC. and SUPERFISH, INC., | |
| Defendants. | |
| This document also relates to: | Case No. 3:15-cv-01069-RMW |
| KEN MARTINI, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | |
| LENOVO (UNITED STATES), Inc. and SUPERFISH, INC., | |
| Defendants. | |

CAPTION CONTINUED ON THE NEXT PAGE

| | | |
|---|---|---|
| 1 | This document also relates to: | Case No. 5:15-cv-01113-RMW |
| 2 | JGX, INC. d/b/a LEFTY O'DOUL'S' individually and on behalf of a class of those similarly situated, | |
| 3 | | |
| 4 | Plaintiff, | |
| 5 | v. | |
| 6 | LENOVO GROUP LIMITED, LENOVO (UNITED STATES), INC., and SUPERFISH, INC., | |
| 7 | | |
| 8 | | |
| 9 | Defendants. | |
| 10 | This document also relates to: | Case No. 5:15-cv-01122-RMW |
| 11 | STANLEY D. JOHNSON, individually and on behalf of all others similarly situated, | |
| 12 | | |
| 13 | Plaintiff, | |
| 14 | v. | |
| 15 | LENOVO (UNITED STATES), INC., LENOVO GROUP LIMITED, and SUPERFISH, INC., | |
| 16 | | |
| 17 | | |
| 18 | Defendants. | |
| 19 | This document also relates to: | Case No. 5:15-cv-01125- RMW |
| 20 | MICHAEL SIMONOFF, individually and on behalf of all others similarly situated, | |
| 21 | | |
| 22 | Plaintiff, | |
| 23 | v. | |
| 24 | LENOVO (UNITED STATES), INC., and SUPERFISH, INC., | |
| 25 | | |
| 26 | Defendants. | |
| 27 | CAPTION CONTINUED ON THE NEXT PAGE | |
| 28 | | |

| | | |
|---|---|---|
| 1 | This document also relates to: | Case No. 5:15-cv-01166-RMW |
| 2 | RUSSELL WOOD and THOMAS WILSON, individually and on behalf of all others similarly situated, | |
| 3 | | |
| 4 | | |
| 5 | Plaintiffs,<br>v. | |
| 6 | LENOVO (UNITED STATES), INC., LENOVO HOLDING COMPANY, INC., LENOVO GROUP LIMITED, and SUPERFISH, INC., | |
| 7 | | |
| 8 | | |
| 9 | Defendants. | |
| 10 | | |
| 11 | This document also relates to: | Case No. 3:15-cv-01177-RMW |
| 12 | MICHELLE BEHREN and MARY JANE BARBOSA, individually and on behalf of all others similarly situated, | |
| 13 | | |
| 14 | | |
| 15 | Plaintiffs,<br>v. | |
| 16 | LENOVO (UNITED STATES) INC. and SUPERFISH INC., | |
| 17 | | |
| 18 | Defendants. | |
| 19 | | |
| 20 | This document also relates to: | Case No. 3:15-cv-01206-RMW |
| 21 | ROBERT RAVENCAMP, on behalf of Himself and all others similarly situated, | |
| 22 | | |
| 23 | Plaintiff,<br>v. | |
| 24 | LENOVO (UNITED STATES), INC. and SUPERFISH, INC., | |
| 25 | | |
| 26 | Defendants. | |
| 27 | | |
| 28 | CAPTION CONTINUED ON THE NEXT PAGE | |

STIPULATION AND [] ORDER
CASE NO. 5:15-CV-00807-RMW

| | |
|---|---|
| This document also relates to:<br><br>SUSAN WEBSTER SCHULTZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LENOVO GROUP LIMITED, LENOVO (UNITED STATES) INC. and SUPERFISH INC.,<br><br>Defendants. | Case No. 5:15-cv-01270-PSG |

WHEREAS the above-referenced Plaintiffs filed the above-captioned cases;

WHEREAS the *Schultz* action was filed after the third motion to relate was filed and has not yet been related to the other actions referenced above;

WHEREAS ten other putative class actions complaints have been filed to-date in federal district courts throughout the United States by Plaintiffs asserting claims on behalf of purchasers of computers manufactured by Lenovo containing software manufactured by Defendant Superfish, Inc. ("Superfish") (collectively, including the above-captioned matters, the "*In re Lenovo Adware Litig.* cases");

WHEREAS a motion is pending before the Judicial Panel on Multidistrict Litigation ("JPML") to transfer and coordinate the *In re Lenovo Adware Litig.* cases for pretrial proceedings pursuant to 28 U.S.C. Sec. 1407 ("MDL Motion"), and has not yet been set for hearing before the JPML;

WHEREAS the parties uniformly support transfer and consolidation and disagree only on the issue of where the cases should be consolidated;

WHEREAS the MDL Motion is not on the docket for the JPML's upcoming hearing session, scheduled for March 26, 2015, and the next hearing session is scheduled for May 28, 2015;

WHEREAS, the parties anticipate that one or more consolidated complaints will be filed in the *In re Lenovo Adware Litig.* cases;

WHEREAS the above-referenced Plaintiffs and Defendants Superfish and Lenovo (United States) Inc. ("Lenovo") have agreed that an orderly schedule for any response to the pleadings in *the In re Lenovo Litig*. cases would be more efficient for the parties and for the Court;

WHEREAS the above-referenced Plaintiffs agree, subject to court approval, that the deadline for Defendants Superfish and Lenovo to answer or otherwise respond to their respective complaints shall be extended until forty-five days after the JPML issues an order deciding the MDL Motion, or as otherwise ordered by the MDL transferee Court if the MDL Motion is granted;

WHEREAS, the above-referenced Plaintiffs and Defendants Superfish and Lenovo agree that preservation of evidence in the case is vital, that Defendants have received litigation hold letters, that they are complying with and will continue to comply with all of their evidence preservation obligations under governing law;

WHEREAS this Stipulation does not constitute a waiver by the parties of any of their respective claims, defenses or any other rights or positions they may have with respect to the same, including, with respect to Defendants, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, improper venue, sufficiency of process or service of process;

Now, therefore, the above-referenced Plaintiffs and Defendants Superfish and Lenovo, by and through their respective counsel of record, hereby stipulate as follows:

1. The *Schultz* action shall be related to the other above-referenced actions and transferred to this Court because it meets all of the criteria set forth in Civil L.R. 3-12 for a related case;

2. The deadline for Defendants Superfish and Lenovo to answer or otherwise respond to any of the complaints in the above-referenced cases shall be extended until forty-five days after the JPML issues an order deciding the MDL Motion, or as otherwise ordered by the MDL transferee Court if the MDL Motion is granted;

3. This Stipulation does not constitute a waiver by the parties of any of their respective claims, defenses or any other rights or positions they may have with respect to the same, including, with respect to Defendants, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, improper venue, sufficiency of process, or service of process.

4. The parties agree that they are complying with and will continue to comply with all evidentiary preservation obligations under governing law.

Dated:  March 24, 2015                     Respectfully submitted,

**PRITZKER LEVINE LLP**

By: */s/ Jonathan K. Levine*
    Jonathan K. Levine

Elizabeth C. Pritzker
Shiho Yamamoto
180 Grand Avenue, Suite 1390
Oakland, California 94612
Telephone:  (415) 692-0772
Facsimile:   (415) 366-6110
Email:  jkl@pritzkerlevine.com;
      ecp@pritzkerlevine.com
      sy@pritzkerlevine.com

*Counsel for Plaintiff in Sterling v. Lenovo (United States) Inc., et al., Case No. 5:15-cv-807-RMW*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King
Linda Fong
Mario Choi

By:  */s/ Laurence D. King*

350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:  (415) 772-4700
Facsimile:   (415) 772-4707
lking@kaplanfox.com
lfong@kaplanfox.com

*Counsel for Plaintiffs in Hall, et al. v. Lenovo (United States) Inc., et al., Case No. 5:15-cv-964-RMW*

- 3 -
STIPULATION AND [] ORDER
CASE NO. 5:15-CV-00807-RMW

**GIRARD GIBBS LLP**
Daniel C. Girard
Eric H. Gibbs
Adam E. Polk

By: /s/ Daniel C. Girard_____

601 California Street, Suite 1400
San Francisco, CA 94104
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846
dcg@girardgibbs.com
ehg@girardgibbs.com
aep@girardgibbs.com

*Counsel for Plaintiffs in Estrella, et al. v. Lenovo (United States) Inc., et al., Case No. 5:15-cv-1044-RMW*

**COHELAN KHOURY & SINGER**
Timothy D. Cohelan
Isam C. Khoury
J. Jason Hill

By: */s/ Timothy D. Cohelan*_____

605 C Street, Suite 200
San Diego, California 92101
Telephone: (619) 595-3001
Facsimile: (619) 595-3000
tcohelan@ckslaw.com
ikhoury@ckslaw.com
jhill@ckslaw.com

*Counsel for Plaintiffs in Martini v. Lenovo (United States) Inc., et al., Case No. 4:15-cv-1069-RMW*

**COTCHETT, PITRE & McCARTHY, LLP**
Steven N. Williams
Matthew K. Edling

 By*: /s/ Matthew K. Edling* _____

San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
medling@cpmlegal.com

*Counsel for Plaintiff in JGX, Inc. v. Lenovo Group Limited, et al., Case No. 5:15-cv-1113-RMW*

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | **FEDERMAN & SHERWOOD** |
|    | William Federman |
| 2  |                                                                 |
|    | By: */s/ William Federman*_____ |
| 3  |                                                                 |
|    | 10205 N. Pennsylvania Avenue |
| 4  | Oklahoma City, OK 73120 |
|    | Telephone: (405) 235-1560 |
| 5  | Facsimile: (405(239-2112 |
|    | wbf@federmanlaw.com |
| 6  |                                                                 |
|    | *Counsel for Plaintiffs in Johnson v. Lenovo* |
| 7  | *(United States) Inc., et al., Case No. 5:15-cv-* |
|    | *1122-RMW* |
| 8  |                                                                 |
|    | **SCHNEIDER WALLACE COTTRELL** |
| 9  | **KONECKY WOTKYNS LLP** |
|    | Todd M. Schneider |
| 10 | Mark T. Johnson |
| 11 |                                                                 |
|    | By: */s/ Todd M. Schneider*_____ |
| 12 |                                                                 |
|    | 180 Montgomery Street, Suite 2000 |
| 13 | San Francisco, California 94104 |
|    | Telephone: (415) 421-7100 |
| 14 | Facsimile: (415) 421-7105 |
|    | tschneider@schneiderwallace.com |
| 15 | mjohnson@schneiderwallace.com |
| 16 |                                                                 |
|    | *Counsel for Plaintiff in Simonoff v. Lenovo* |
| 17 | *(United States) Inc., et al., Case No. 5:15-cv-* |
|    | *1125-RMW* |
| 18 |                                                                 |
| 19 | **WEITZ & LUXENBERG, P.C.** |
|    | Robin L. Greenwald |
| 20 | James J. Bilsborrow |
|    | Christopher B. Dalbey |
| 21 |                                                                 |
| 22 | By: */s/ Christopher B. Dalbey*____ |
| 23 |                                                                 |
|    | 700 Broadway |
| 24 | New York, NY 10003 |
|    | Telephone: (212) 558-5500 |
| 25 | Facsimile: (212) 344-5461 |
| 26 |                                                                 |
| 27 | 1880 Century Park East, Suite 700 |
|    | Los Angeles, CA 90067 |
| 28 | Telephone: (310) 247-0921 |

| | |
|---|---|
| 1 | Facsimile: (310) 786-9927 |
| 2 | cdalbey@weitzlux.com |
| | rgreenwald@weitzlux.com |
| 3 | jbilsborrow@weitzlux.com |

*Counsel for Plaintiffs in Wood, et al. v. Lenovo (United States) Inc., et al., Case No. 5-15-cv-1166-RMW*

**FARMER, JAFFE, WEISSING, EDWARDS, FISTOS & LEHRMAN, P.L.**
Seth M. Lehrman
Steven R. Jaffe

By: */s/ Steven R. Jaffe*_____

425 N. Andrews Ave., Suite 2
Fort Lauderdale, Florida 33301
Telephone: (954) 524-2820
Facsimile: (954) 524-2822
seth@pathtojustice.com
steve@pathtojustice.com

*Counsel for Plaintiff in Behren, et al. v. Lenovo (United States) Inc., et al., Case No. 3:15-cv-1177-RMW*

**STUEVE SIEGEL HANSON LLP**
Jason S. Hartley

By*: /s/ Jason S. Hartley*_____

550 West C Street, Suite 1750
San Diego, CA 92101
Telephone: (619) 400-5822
Facsimile: (619) 400-5832
hartley@stuevesiegel.com

*Counsel for Plaintiffs in Ravencamp v. Lenovo (United States) Inc., et al., Case No. 3:15-cv-1206-RMW*

**SAVERI & SAVERI, INC.**
R. Alexander Saveri

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Cadio Zirpoli
Carl N. Hammarskjold

By: ___*/s/ Cadio Zirpoli*_____

706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
rick@saveri.com
cadio@saveri.com
carl@saveri.com

*Counsel for Plaintiffs in Schultz v. Lenovo Group Limited, et al., Case No. 5:15-cv-1270-PSG*

**FENWICK & WEST LLP**
Tyler G. Newby (CSB No. 205790)

By: */s/ Tyler G. Newby*_____

555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

*Counsel for Defendant Superfish, Inc.*

**DYKEMA GOSSETT LLP**
Daniel J. Stephenson

By: */s/ Daniel J. Stephenson*_____

333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Phone: (213) 457-1800
Fax: (213) 457-1850
dstephenson@dykema.com

*Counsel for Defendant Lenovo (United States), Inc.*

**ORDER**

Pursuant to Stipulation, it is SO ORDERED.

DATED: _____   _____
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE